175 A.3d 168

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. JOHN H. KINCH, A/K/A JOHN LANG–KINCH,
DEFENDANT–PETITIONER.

C–341 Sept.Term 2017
079249

November 17, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005136–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

175 A.3d 168

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
DWAYNE S. JOHNSON, DEFENDANT–PETITIONER.

C–342 September Term 2017
079527

November 17, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–002758–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.